**FILED**

JUN 1 8 2001

CLERK, U.S. DISTRICT COURT
~TERN DISTRICT OF CALIFOR~

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY L. WILLIAMS,

        Plaintiff,               No. CIV S-01-1077 DFL PAN P

    vs.

SIERRA COUNTY, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district. Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the opportunity to submit the application on the appropriate form. Plaintiff is cautioned that he must also provide a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's application to proceed in forma pauperis is dismissed without prejudice;

////

1    2. The Clerk of the Court is directed to send plaintiff a new Application to

2  Proceed In Forma Pauperis By a Prisoner; and

3    3. Plaintiff shall submit, within thirty days from the date of this order, a

4  completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order

5  will result in a recommendation that this action be dismissed without prejudice.

6  DATED: _____ JUN 1 5 2001 _____.

7

8

_____
UNITED STATES MAGISTRATE JUDGE

9  /bb
   will1077.3d

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

United States District Court
for the
Eastern District of California
June 18, 2001

* * CERTIFICATE OF SERVICE * *

2:01-cv-01077

Williams

    v.

Sierra County

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  June 18, 2001, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.

        Gary L Williams                    TM/PAN
        E-70530
        ASP-1
        Avenal State Prison
        P O Box 9
        Avenal, CA  93204

        Allen Robert Crown
        Attorney General's Office of the State of California
        PO Box 944255
        1300 I Street
        Suite 125
        Sacramento, CA  94244-2550

                              Jack L. Wagner, Clerk

                         BY: _____
                              Deputy Clerk